UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, TRUSTEES OF THE LOCAL UNION 598 SUPPLEMENTAL PENSION PLAN, TRUSTEES OF THE WASHINGTON STATE PLUMBING AND PIPEFITTING INDUSTRY PENSION PLAN, TRUSTEES OF THE LOCAL UNION 598 PLUMBING & PIPEFITTING INDUSTRY HEALTH & WELFARE FUND, TRUSTEES OF THE EASTERN WASHINGTON-NORTHWEST OREGON AREA PLUMBERS, STEAMFITTERS AND REFRIGERATION FITTERS APPRENTICESHIP TRUST, and TRUSTEES OF THE LABOR-MANAGEMENT COOPERATION TRUST,<br><br>        Plaintiffs,<br><br>    v.<br><br>GARLAND TIMOTHY BARCOM,<br><br>        Defendant. | NO. CV-09-5099-EFS<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

On August 31, 2011, the Clerk's Office entered an Order of Default as to Defendant Garland Timothy Barcom d/b/a Century Plumbing Company, because he failed to appear to defend Plaintiffs' claims. ECF No. 28. Thereafter, on November 18, 2011, Plaintiffs filed a Motion for Default Judgment, ECF No. 30, seeking entry of judgment in their favor for Defendant's failure to pay fringe benefit contributions to the National

ORDER ~ 1

1 Pension Fund, Supplemental Pension Fund, State Pension Fund, Health Fund,
2 Training Fund, and Cooperation Fund in violation of the Building Trades
3 Agreement and related Trust Agreements.  ECF No. 2.

4     After reviewing the submitted declarations, ECF Nos. 31, 32, 33, &
5 34, the Court finds that Defendant failed to pay his owed fringe benefit
6 contributions by the 20th day of the month following the month in which
7 the contributions were earned as he agreed to do under the Building
8 Trades Agreement and the related Trust Agreements.  In addition, under
9 the Building Trade Agreement and Trust Agreements, Defendant agreed, if
10 he was delinquent and/or if legal action was necessary to collect fringe
11 benefit contributions, to pay 1) the specified liquidated damages, 2) for
12 any necessary payroll examination of his books and records, and 3) the
13 opposing party's reasonable attorney's fees and costs.  Accordingly,
14 because Defendant failed to pay $32,310.00 in fringe benefit
15 contributions, the Court awards Plaintiff $6,165.85 in liquidated damages
16 and interest.  In addition, the Court finds the requested attorney hourly
17 rates and hours expended in this matter reasonable, and therefore awards
18 the requested attorneys fees and costs.  Further, the cost of the payroll
19 examination is reasonable and results from Defendant's failure to pay
20 fringe benefit contributions.

21     Accordingly, **IT IS HEREBY ORDERED**:

22     1.  Plaintiffs' Motion for Default Judgment, **ECF No. 30**, is
23 **GRANTED**.

24     2.  **Judgment** is to be entered against Defendant as follows:
25        • $32,310.00 in unpaid fringe benefit contributions;
26        • $6,165.85 in liquidated damages;

ORDER ~ 2

- $1,141.23 in interest, with interest continuing to accrue on the delinquent pension contributions owed to a) the National Pension Fund ($1,705.97) at the rate of 12 percent per annum from April 9, 2011, through this judgment's entry, and b) the State Pension Fund ($2,837.90) at the rate of 12 percent per annum from April 9, 2011, through this judgment's entry;
- $4,940.41 for the payroll examination fees and costs; and
- $7,107.50 in attorneys fees and $642.20 in court costs.

3. For three years following this Order's entry, Plaintiff retains the right to conduct a future payroll examination of Defendant's books and records (for a period other than May 12, 2008, through February 28, 2011) to ensure that all required fringe benefit contributions have been paid.

4. The Court retains jurisdiction over this matter for four years.

5. This file shall be **CLOSED.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and to provide copies to counsel and Defendant (6307 West 16th Ave., Kennewick, WA 99338).

**DATED** this  17th   day of January 2012.

                            s/Edward F. Shea
                            EDWARD F. SHEA
                       United States District Judge

Q:\Civil\2009\5099.default.jud.lc1.wpd

ORDER ~ 3